# Court of Appeals
# of the State of Georgia

ATLANTA,  April 14, 2026

*The Court of Appeals hereby passes the following order:*

## A26A1517. LEVI JEROME MARSHALL, JR. v. WILLIAM DANFORTH et al.

A jury convicted Levi Jerome Marshall, Jr., of malice murder and making false statements, and the Georgia Supreme Court affirmed his convictions on appeal. *Marshall v. State*, 297 Ga. 445 (774 SE2d 675) (2015). In 2024, Marshall filed a petition for writ of habeas corpus. The trial court dismissed Marshall's petition, finding that it was untimely and successive, and Marshall appeals. We lack jurisdiction.

Under our Constitution, the Supreme Court of Georgia has exclusive appellate jurisdiction over all cases involving habeas corpus. See Ga. Const. 1983, Art. VI, Sec. VI, Par. III(4). Accordingly, we hereby TRANSFER this case to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  04/14/2026

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.